CRIPS v. STATE.  (No. 6925.)

(Court of Criminal Appeals of Texas.   May 10, 1922.)

Criminal law ⊜1070—Appeal abated after appellant's death.

Where appellant dies after submission of the case on appeal, the appeal will be abated.

Appeal from District Court, Denton County; C. R. Pearman, Judge.

Henry Crips was convicted of the unlawful manufacture of intoxicating liquor, and he appeals.   Appeal abated.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J.   Appellant was convicted for the unlawful manufacture of intoxicating liquor, and his punishment assessed at confinement in the penitentiary for one year.

It is now made to appear to this court by proper affidavit that since the submission of the case in this court that appellant has died.

It is therefore ordered that the appeal be abated.